UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EDWIN POOLE,<br><br>               Plaintiff,<br><br>      v.<br><br>OFFICER JOHNSON et al.,<br><br>               Defendants. | No. EDCV 19-1872-JLS (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the other records on file herein, the Magistrate Judge's Report and Recommendation, Plaintiff's objections to the R. & R., and Defendants' response. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Defendants' motion for summary judgment is granted on the issue of exhaustion of available administrative remedies.

2. The Second Amended Complaint is dismissed without prejudice.

3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: March 13, 2023

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE