JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EDWIN POOLE, | Case No. EDCV 19-1872-JLS (JPR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OFFICER JOHNSON et al., | |
| Defendants. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 13, 2023

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE